Frank F. Hovey, Appellant, v. Julia C. Stolleis, Administratrix of Estate of Fred Stolleis, Deceased and John Clary, Appellees.

Julia C. Stolleis, Administratrix of Estate of Fred Stolleis, Deceased, Intestate, Appellee, v. Frank F. Hovey, Appellant.

Julia C. Stolleis, Appellee, v. Frank F. Hovey, Appellant.

Gen. No. 9,585.

opinion filed October 29, 1948; released for publication November 24, 1948. Gillespie, Burke & Gillespie and Edward H. Golden, for appellant; Hugh J. Dobbs, of counsel; Earl S. Hodges and Arthur Lilienstein, for appellees; Duane L. Traynor, of counsel. Opinion by JUSTICE WHEAT. Not to be published in full.

John H. Swearingen, Appellee, v. Joseph McGovern, Appellant.

Gen. No. 9,607.